UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN A. DETTMER AND MARY LOU DETTMER, )
                                                             )   CASE NO. 1:15-cv-614
           Plaintiffs,                    )
v.                                            )
                                            )
CHURCH OF SCIENTOLOGY OF ILLINOIS INC.,)
                                             )
          Defendant.                   )

## COMPLAINT

Plaintiffs John A. Dettmer and Mary Lou Dettmer complain of defendant Church of Scientology of Illinois Inc. allege and say:

1. This action arises out of a civil matter in which the amount in controversy exceeds $75,000 exclusive of interest and costs and the parties are citizens of different states.

2. The United States District Court for the Southern District of Indiana has original jurisdiction pursuant to 28 U.S. Code §1332(a)(1) and (c)(1).

3. The Southern District of Indiana is the judicial district in which the plaintiffs reside. Substantial events giving rise to the claim occurred in Indiana.

4. Plaintiffs John A. Dettmer and Mary Lou Dettmer (hereinafter the "Dettmers") are residents of the State of Indiana residing in Avon, Hendricks County, Indiana.

5. Defendant Church of Scientology of Illinois Inc. is an Illinois corporation incorporated in 1974 with its principal place of business located at 3011 N. Lincoln Avenue, Chicago, IL 60657.

6. Church of Scientology Flag Service Organization Inc. a/k/a FSO is a Florida corporation with its principal place of business located at 118 North Fort Harrison Avenue, Clearwater, Florida 33755.

7. Church of Scientology Flag Ship Service Organization Inc. a/k/a FSSO is a service organization with its principal place of business located at 210 South Fort Harrison Avenue, Clearwater, Florida 33755.

8. Dettmers in 1993 and thereafter made prepaid payments to the Church of Scientology of Illinois Inc. in excess of $103,630.82 for future services to be provided by the Church of Scientology of Illinois Inc.

9. Dettmers in 1993 and thereafter made prepaid payments to the Church of Scientology Flag Service Organization Inc. of over $300,000 for future services to be provided by the Church of Scientology Flag Service Organization Inc.

10. Dettmers in 1993 and thereafter made prepaid payments of over $11,687.25 to the Church of Scientology Flag Ship Service Organization Inc. for future services to be provided by the Church of Scientology Flag Ship Service Organization Inc.

11. Some services were rendered to the Dettmers by the Church of Scientology of Illinois Inc. which were paid from the prepaid payments placed on deposit with the Church of Scientology of Illinois Inc. by the Dettmers in 1993 and thereafter.

12. Some services were rendered to the Dettmers by the Church of Scientology Flag Service Organization Inc. which were paid from the prepaid payments placed on deposit with the Church of Scientology of Illinois Inc. by the Dettmers in 1993 and thereafter.

13. No services were rendered to the Dettmers by the Church of Scientology Flag Ship Service Organization Inc. from amounts placed on deposit with the Church of Scientology Flag Ship Service Organization Inc. by the Dettmers in 1993 and thereafter.

14. In 2013 Dettmers requested that all such unexpended funds placed on deposit with Church of Scientology of Illinois Inc., Church of Scientology Flag Service Organization Inc. and Church of Scientology Flag Ship Service Organization Inc. be returned to the Dettmers.

15. On August 19, 2013, the Church of Scientology Flag Service Organization Inc. refunded unexpended funds in the amount of $95,216.56 to the Dettmers.

16. On August 25, 2013, the Church of Scientology Flag Ship Service Organization Inc. refunded unexpended funds in the amount of $11,687.25 to the Dettmers.

17. The Church of Scientology of Illinois Inc. has failed, neglected and refused to return unexpended funds to the Dettmers.

18. A true and correct copy of an e-mail dated February 6, 2013, from John Dettmer to the Church of Scientology of Illinois Inc. is attached as **Exhibit 1**.

19. A true and correct copy of an e-mail from Bob Bulger at FSO to John Dettmer dated February 3, 2013, is attached as **Exhibit 2**.

20. A true and correct copy of an e-mail from John Dettmer to the Church of Scientology of Illinois Inc. dated February 19, 2013, is attached as **Exhibit 3**.

21. A true and correct copy of an e-mail from John Dettmer to the Church of Scientology of Illinois Inc. dated March 11, 2013, is attached as **Exhibit 4**.

22. A true and correct copy of an e-mail dated April 6, 2013, from Bob Bolger at FSO to John Dettmer is attached as **Exhibit 5**.

23. A true and correct copy of an e-mail dated April 18, 2013, from Bob Buger at FSO to John Dettmer is attach as **Exhibit 6**.

24. A true and correct copy of an e-mail dated April 19, 2013, from John Dettmer to the Church of Scientology of Illinois Inc. is attached as **Exhibit 7**.

25. A true and correct copy of a letter dated August 23, 2013, from the Dettmers to the Church of Scientology of Illinois Inc. which requested the return of the unexpended funds placed on deposit by the Dettmers is attached as **Exhibit 8**.

26. The **Refund Policy** dated October 23, 1963, authored by founder L. Ron Hubbard ("Refund Policy") which establishes the policies of the church, for the Church of Scientology of Illinois Inc. and all its related entities including the Church of Scientology Flag Service Organization Inc. and the Church of Scientology Flag Ship Service Organization Inc. is attached as **Exhibit 9**.

27. The Church of Scientology's current policy is as follows:

> It has been a long-standing policy of the Church that if someone is dissatisfied with their Scientology services and asks to have their contributions returned within a three month period, these amounts with be returned. Likewise, if the person asks for return of contributions for which no services were received (i.e. an advance payment), there is no three month limitation period. Anyone newly enrolling in services at a Church of Scientology is informed of the policies and signs an agreement to abide by them. As a further condition of receiving a refund of repayment, the person understand that they may not again receive services from the Church.
>
> Within the Church, there are two separate terms: A "refund" refers to a return of contributions to a parishioner within 90 days of participating in religious services while a "repayment" refers to a return of a parishioner's advance

-4-

> payment before he or she has participated in religious services. For simplicity, the following discussion will use the term "refund" to describe both types of transactions, because both involve a return of parishioner contributions.
>
> **The Church's** refund policy is exceedingly fair. If someone isn't happy with Scientology—which is a very small minority of people—he simply has to make a proper request for his donations back, agree to forego further services and his donations will be returned. For the Church, in addition to the fact that this policy aligns with Scientology principles of exchange, it also serves the purpose of allowing our churches and the parishioners who are very happy with Scientology, to carry on without the unhappy few in their midst.

28. Dettmers were advised by the Church of Scientology of Illinois Inc. prior to their delivery of the prepaid payments to the Church of Scientology of Illinois Inc. set forth above that any prepaid funds not expended for services would be returned to the Dettmers upon their request.

29. The Church of Scientology of Illinois Inc. had $103,630.82 of the Dettmers' money on deposit as of March 8, 1995, as is shown by a true and correct copy of a statement prepared by the Church of Scientology of Illinois Inc. attached as **Exhibit 10**.

30. After reductions for services requested by and rendered to the Dettmers, the Church of Scientology of Illinois Inc. remains indebted to the Dettmers in a principal sum not less than $77,810.00, for monies provided by the Dettmers to the Church of Scientology of Illinois, Inc. in prepayment for services that were never provided

31. The debt is past due and wholly unpaid.

WHEREFORE, plaintiff John Dettmer and Mary Lou Dettmer pray for judgment against defendant Church of Scientology of Illinois Inc. in a sum not less than $77,810.00, together with interest, the costs of this action, and for all other proper relief.

/s/Fred Pfenninger
Fred Pfenninger [5721-49]
Tara Gerber [31717-49]
Pfenninger & Associates
9247 N. Meridian St., Suite 219
Indianapolis, IN  46260-1976
Telephone: (317) 848-7500  Fax: (317) 816-9400
Web Address:  www.indianacollections.com
Attorneys for Plaintiff

PFP/14040053/PC3Aajb