Outlook.com Print Message

Page 1 of 1

Print

Close

# RE: Atten: Pauline

From: **John Dettmer** (jdettmer@hotmail.com)
Sent: Mon 3/11/13 10:44 AM
To: Scientology (chicago@scientology.net)

I sent this email on February and have not gotten a response. I need to close this cycle out. So let me know where you are at on this.

Regards;

John Dettmer

*EXHIBIT 3*

---

From: jdettmer@hotmail.com
To: chicago@scientology.net
Subject: Atten: Pauline
Date: Wed, 6 Feb 2013 17:43:43 -0500

Here is the communication from Bob Bulger at FSO regarding the repayment of accounts held at FSO and Chicago Org.

Regards;

John Dettmer

*EXHIBIT 1*

---

Date: Sun, 3 Feb 2013 13:42:44 -0500
From: b.bolger@fso.org
To: jdettmer@hotmail.com
Subject: Re: Repayment

*EXHIBIT 2*

Dear John,
    There have been some admin cycles to get done and these are pretty much done now. As it stands, although the final word I still need to get from finance is that the FSO amount will be $95,216.56. In the early 90s there were courtesy transfers done from Chicago. These have been transferred back and that amount is $77,810. The Chicago Org has been informed of this. Do contact the chaplain there.
    For now do be patient - for sure do TR 3 if you wish but at the same time lets keep any innuendos out of our comm cycles.
Regards, Bob Bolger

Outlook.com Print Message

Page 1 of 1

Print

Close

## Puline

From: **John Dettmer** (jdettmer@hotmail.com)
Sent: Tue 2/19/13 1:38 PM
To: Scientology (chicago@scientology.net)

It has been over a week since I contacted you regarding the repyment. I had asked Bob Bulger/KOT Flag to confirm the amount you are going to owe due to transfers back and forth.

Can you confirm where we are at in this cycle. At this point you should have the exact amount owed. In the mean time please send the proper paper work to:

John and Mary Lou Dettmer
4921 E. County Rd. 100 South
Avon, IN 46123

Thanks.

EXHIBIT 3

https://blu173.mail.live.com/ol/mail.mvc/PrintMessages?mkt=en-us         10/13/2014

## FW: Repayment = Pauline Drach

From: **John Dettmer** (jdettmer@hotmail.com)   You moved this message to its current location.
Sent: Fri 4/19/13 4:12 PM
To: chicago@scientology.net (chicago@scientology.net)

Here is the request as adjudicated by Bob Bulger at Flag. Please make the necessary action to immediately process the $77,810.00. If I do not get a timely response and action steps to process this repayment I will have no other alterntive but to take the next justice steps to get repayment of my money.

Here is address and phone number:

John and Mary Lou Dettmer
4921 E. County Rd. 100 South
Avon, IN 46123

317-386-8051

EXHIBIT 7

---

Date: Thu, 18 Apr 2013 19:33:55 -0400
From: b.bolger@fso.org
To: jdettmer@hotmail.com
Subject: RE: Repayment

Dear John,
   No agreement is needed as Chicago is a separate corporation. Regards, Bob Bolger

----- Original Message -----

From: John Dettmer <jdettmer@hotmail.com>
To: Bob Bulger <b.bolger@fso.org>
Sent: Apr 8, 2013 10:58:26 AM
Subject: RE: Repayment

EXHIBIT 6

Bob, have you gotten an agreement that the balance of $77,810 is comming from Chicago org?

---

Date: Sat, 6 Apr 2013 16:16:04 -0400
From: b.bolger@fso.org
To: jdettmer@hotmail.com
Subject: Re: Repayment

EXHIBIT 5

Dear John,
   The FSO will be making the payment for the $95,216.56. I do not have an exact when on the

repayment just now. Best Wishes, Bob Bolger

----- Original Message -----

From: John Dettmer <jdettmer@hotmail.com>
To: Bob Bulger <b.bolger@fso.org>
Sent: Apr 1, 2013 10:56:36 AM
Subject: Repayment

Bob ... who is making the payment and two, when is the date payment is to be made.

Regards ... John Dettmer

John and Mary Lou Dettmer
4921 E. County Rd. 100 South
Avon, IN 46123

8/23/2013

Church of Scientology of Illinois
3011 North Lincoln Avenue
Chicago, IL 60657

Attention: Department of HAS

Dear Chicago Org. / Department of HAS

By this letter John and Mary Lou Dettmer are requesting the existing monies on account returned for repayment immediately as we will no longer be attending any more services. Please see attached documentation of returned funds already from Flag and the communication we have had with them regarding the exact amount owed by you, due to transfers from Chicago Org. to Flag. The total amount due is $77,810.

Please send necessary paperwork to facilitate the repayment of unused services to address shown. Feel free to expedite by email at [illegible]@hotmail.com.

Sincerely;

John and Mary Lou Dettmer

EXHIBIT 8



# CHURCH OF SCIENTOLOGY OF ILLINOIS
3011 North Lincoln Avenue, Chicago, IL 60657
(312) 348-7788

## PARISHIONER ANNUAL STATEMENT

**Name and Address**
JOHN DETTMER
51904 QUAIL VALLEY  DR.
GRANGER, IN  46530

**Donation Summary for Year**
1994

**Printed**
08-Mar-1995

**Page #**
1

Receipt Number: 726

DONATIONS QUALIFYING AS TAX DEDUCTIONS:

Donations made for qualified religious services (solely intangible religious benefits).

| Invoice # | | Date | Amount |
|---|---|---|---|
| JM | 263 | 13-Jul-1994 | 2,500.00- |
| JM | 264 | 13-Jul-1994 | 2,500.00 |
| JM | 705 | 07-Aug-1994 | 50,000.00- |
| JM | 687 | 11-Aug-1994 | 30.00 |
| JM | 688 | 11-Aug-1994 | 60.00 |
| JM | 809 | 18-Aug-1994 | 30.00 |
| JM | 985 | 01-Sep-1994 | 30.00 |
| JM | 987 | 01-Sep-1994 | 30.00 |
| JM | 1260 | 11-Sep-1994 | 2,250.00- |
| PM | 1909 | 05-Oct-1994 | 120.00 |
| PM | 1917 | 05-Oct-1994 | 20.00 |
| Phr | 2199 | 02-Nov-1994 | 15,470.00- |
| PM | 2231 | 02-Nov-1994 | 133.12 |
| BAK | 62854 | 10-Nov-1994 | 34.20 |
| BAK | 62944 | 17-Nov-1994 | 93.20 |
| BAK | 71037 | 08-Dec-1994 | 215.50 |
| GAC | 72311 | 15-Dec-1994 | 14.00 |
| GAC | 72309 | 15-Dec-1994 | 29.00 |
| GAC | 72306 | 15-Dec-1994 | 265.60 |

Total: 103,630.92

Other donations for which there was no return benefit received.

| Invoice # | Date | Amount |
|---|---|---|

Total: 3.20

EXHIBIT 9

The Class V Scientology Organization logo and Scientology symbol are trademarks and service marks owned by Religious Technology Center and used with its permission.



# CHURCH OF SCIENTOLOGY OF ILLINOIS
3011 North Lincoln Avenue, Chicago, IL 60657
(312) 348-7788

## PARISHIONER ANNUAL STATEMENT

| Name and Address | Donation Summary for Year | Printed | Page # |
|---|---|---|---|
| JOHN DETTMER<br>51904 QUAIL VALLEY DR.<br>GRANGER, IN 46530 | 1994 | 08-Mar-1995 | |

Donations for which there was a tangible benefit received.

| Invoice # | Date | Amount |
|---|---|---|

Fair Market Value of tangible benefits = 0.00

Total: 0.00

* Only the amounts in excess of the Fair Market Value of the tangible benefits received qualify for tax deductions.

Donations applied to qualified religious services. *

| Invoice # | | Date | Amount |
|---|---|---|---|
| JM | 496 | 02-Jul-1994 | 300.00 |
| JM | 497 | 02-Jul-1994 | 300.00 |
| JM | 732 | 07-Aug-1994 | 250.00 |
| JM | 846 | 11-Aug-1994 | 600.00 |
| JM | 938 | 18-Aug-1994 | 600.00 |
| JM | 1024 | 25-Aug-1994 | 200.00 |
| JM | 1025 | 25-Aug-1994 | 1,250.00 |
| JM | 1183 | 13-Sep-1994 | 1,250.00 |
| DAK | 59140 | 29-Sep-1994 | 400.00 |
| PM | 2062 | 15-Oct-1994 | 300.00 |
| PM | 2263 | 15-Oct-1994 | 500.00 |
| bHU | 55678 | 09-Nov-1994 | 11,000.00 |
| JM | 1456 | 11-Dec-1994 | 600.00 |

The Class V Scientology Organization logo and Scientology symbol are trademarks and service marks owned by Religious Technology Center and are used with its permission.



# CHURCH OF SCIENTOLOGY OF ILLINOIS
3011 North Lincoln Avenue, Chicago, IL 60657
(312) 348-7788

## PARISHIONER ANNUAL STATEMENT

| Name and Address | Donation Summary for Year | Printed | Page # |
|---|---|---|---|
| JOHN DETTMER<br>51904 QUAIL VALLEY DR.<br>GRANGER, IN 46530 | 1994 | 08-Mar-1995 | 3 |

Total: 18,500.00

* Note: If any payments for non-deductible goods or services made in the current year were applied to qualified religious services they will increase the amount of the current year's donations. Payments made in a prior year for non-deductible goods or services and applied to qualified religious services may or may not increase the amount of the current year's donations. Consult your tax advisor.

ADJUSTMENTS TO DEDUCTIBLE DONATIONS:

Service Completion Awards paid. *    DV Number    Date                                                Amount

                                                                                                Total:    0.00

* Note: Service Completion Awards from donations made in a prior year may or may not reduce the amount of the current year's donations. Consult your tax advisor.

Donations applied to
non-deductible goods
or services. *

| Invoice # | Date | Amount |
|---|---|---|
| JM 293 | 14-Jul-1994 | 541.50 |
| JM 502 | 26-Jul-1994 | 60.00 |
| JM 503 | 26-Jul-1994 | 60.00 |
| JM 513 | 28-Jul-1994 | 60.00 |
| JM 949 | 25-Aug-1994 | 1,007.00 |
| JM 1035 | 28-Aug-1994 | 43.50 |
| JM 1039 | 28-Aug-1994 | 43.50 |
| JM 1200 | 13-Sep-1994 | 67.42 |
| MAK 59130 | 29-Sep-1994 | 108.75 |
| BAK 59670 | 04-Nov-1994 | 102.75 |
| BAK 59659 | 06-Nov-1994 | 7,706.63 |

The Class V Scientology Organization logo and Scientology symbol are trademarks and service marks owned by Religious Technology Center and are used with its permission.



# CHURCH OF SCIENTOLOGY OF ILLINOIS
3011 North Lincoln Avenue, Chicago, IL 60657
(312) 348-7788

## PARISHIONER ANNUAL STATEMENT

| Name and Address | Donation Summary for Year | Printed | Page # |
|---|---|---|---|
| JOHN DETTMER<br>51940 QUAIL VALLEY DR.<br>GRANGER, IN 46530 | 1994 | 08-May-1995 | 4 |

| | | | | |
|---|---|---|---|---|
| | BNK | 71813 | 07-Dec-1994 | 190.31 |
| | BNK | 71349 | 08-Dec-1994 | 5,224.00 |
| | | | Total: | 15,429.56 |

* Note: If any donations made in the current year were applied to non-deductible goods or services they will reduce the amount of the current year's donations. Donations made in a prior year and applied to non-deductible goods or services may or may not reduce the amount of the current year's donations. Consult your tax advisor.

### OTHER DONATIONS AND PAYMENTS (NON-DEDUCTIBLE):

| Donations made for non-qualifying religious services. | Invoice # | Date | Amount |
|---|---|---|---|
| | JM 595 | 26-Jul-1994 | 45.00 |
| | | Total: | 45.00 |

| Payments made for non-deductible goods or accommodations: | Invoice # | Date | Amount |
|---|---|---|---|
| | JM 559 | 29-Jul-1994 | 56.00 |
| | JM 673 | 08-Aug-1994 | 1,666.00 |
| | JM 969 | 29-Aug-1994 | 78.00 |
| | PM 2280 | 02-Nov-1994 | 1,000.00 |
| | | Total: | 2,795.00 |

-- End of Report --

The Class V Scientology Organization logo and Scientology symbol are trademarks and service marks owned by Religious Technology Center and are used with its permission.

HUBBARD COMMUNICATIONS OFFICE
Saint Hill Manor, East Grinstead, Sussex

HCO POLICY LETTER OF 23 OCTOBER 1963

Missions
CenOCon

## REFUND POLICY

(Cancels HCO PLs of 12 Oct. 61 and 27 Feb. 62)

### REFUNDED MONIES

In a careful review of refunds and in the light of my own experience with persons demanding refunds, and due to two recent upsets in organizations (Australia and London) regarding refunds, the following data may be of assistance.

In thirteen years, involving hundreds of thousands of hours of processing and millions of dollars of income, in any organization where I was assuming direct command I have always promptly and immediately caused to be refunded every penny of the money paid by any person who was dissatisfied with his or her processing. This has been the consistent policy I myself have worked with.

In all that time I have only refunded about $3,500.

This is due in part to ensuring a certainty of results in any HGC and working hard to make sure the pc gets results, regardless of the current style or mode of processing.

This low amount of refund is also due in part to my firm policy that persons who demand refunds may have them exactly according to the Code of a Scientologist, but that any person demanding or accepting refunds thereafter shall be refused as an HGC preclear and posted for the information of field auditors.

I have only worked then with these three policies:

1. Refund at once in full any refund demanded;

2. Work hard with tech staff to ensure good results;

3. Forbid the sale of further processing to anyone receiving a refund and make the case known to Scientologists.

---

It is notable that all but one refund were made to persons with histories of insanity who had been accepted unwittingly for processing.

---

Recently, Australia was sufficiently remiss in following the Code of a Scientologist as to incur potential legal action. I did not understand why and investigated. The facts resulted in my sending a cable to the Continental Director requesting that he do the usual—refund the money and locate the bypassed charge. The case promptly resolved. What was shocking to me is that he had not immediately refunded, whatever else he did. Of course, he was absent when the

EXHIBIT 10

A Central Organization is as successful as it gives good technical service.

A tough refund policy injects aberrated stable data against the confusion of bad or poor technical service. A mild refund policy keeps technical on its toes.

The world of Scientology is based on ARC and held together with ARC. Bad technical and tough attitudes concerning the remedy of poor service break down this world.

My own often-repeated policy to my personal staff is "Give them what they want and keep them happy." That sounds like a very indefinite policy indeed. But it makes people face up to and handle individual confusions as they occur, each on its own merits; it presupposes people are basically good *and* it is successful.

The more thetan you have present, the less policy you need and the better things run. Only a thetan can handle a post or a pc. All he needs is the know-how of minds as contained in Scientology. That was all he ever lacked. So, given that, sheer policy is poor stuff, as it seeks to make a datum stand where a being should be. That's the whole story of the GPMs. So why not have live orgs?

Policy is only vital where agreement must exist between two or more thetans working together. Beyond that it fails. A needful policy is "We'll start work on time" since without it the org goes ragged. A useless policy would be "The Registrar must always smile at an applicant" for that puts a datum where a person should be.

So there are two kinds of policies—those needed to obtain work-together ease and those which seek to put a datum instead of a being in a position. The less you have of the latter the better things will get. The more reasonable the former, the more work will be done.

A refund policy is an agreement-type policy. Needful. But it must be very mild indeed or it will stand in lieu of good service.

The new policy then is:

1. Refund any fees when and as demanded, whether for training or for processing;

2. Refuse further and all future training or processing to anyone demanding a refund as the condition of refund;

3. If (2) is not acceptable to the person demanding the refund, then do all possible to smooth out the case or training situation;

4. Count only on high technical results in the HGC and Academy to inhibit or reduce demands for refunds.

L. RON HUBBARD
Founder

243