UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN A. DETTMER AND MARY LOU DETTMER, ) | |
| ) | CASE NO. 1:15-cv-614 |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHURCH OF SCIENTOLOGY OF ILLINOIS INC. ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL JURISDICTIONAL STATEMENT

Plaintiffs John A. Dettmer and Mary Lou Dettmer, by counsel, advise the Court that (1) they are not citizens of the State of Illinois and (2) that they are citizens of the State of Indiana.

/s/Fred Pfenninger
Fred Pfenninger [5721-49]
Tara Gerber [31717-49]
Pfenninger & Associates
9247 N. Meridian St., Suite 219
Indianapolis, IN  46260-1976
Telephone: (317) 848-7500  Fax: (317) 816-9400
Web Address:  www.indianacollections.com
Attorneys for Plaintiff

PFP/14040053/Supplemental Jurisdictional Statement 042515ajb