UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN A. DETTMER AND MARY LOU DETTMER, | ) | |
| | ) | CASE NO. 1:15-cv-614-TWP-DKL |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CHURCH OF SCIENTOLOGY OF ILLINOIS INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs John A. Dettmer and Mary Lou Dettmer, by counsel, give notice that they dismiss this cause of action with prejudice.

 /s/Fred Pfenninger
Fred Pfenninger [5721-49]
Pfenninger & Associates
9247 N. Meridian St., Suite 219
Indianapolis, IN  46260-1976
Telephone: (317) 848-7500  Fax: (317) 816-9400
Web Address:  www.indianacollections.com
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served this 26th day of January, 2016, by depositing same in the United States mail, first class postage prepaid, addressed to:

Gary S. Soter
Law Office of Gary S. Soter
22287 Mulhollhand Highway #169
Calabasas, CA 91302

 /s/ Fred Pfenninger

PFP/14040053/Notice of Dismissal_022516ajb